1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10      MAURYCE ANTHONY LIGGINS,

11                     Petitioner,                              No. CIV S-11-2336 DAD P

12             vs.

13      MIKE D. McDONALD,

14                     Respondent.                              ORDER

15      _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17      habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18      pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19      Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20      a request to proceed in forma pauperis or submit the appropriate filing fee.

21             In accordance with the above, IT IS HEREBY ORDERED that:

22             1.  Petitioner shall submit, within thirty days from the date of this order, an

23      affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24      petitioner's failure to comply with this order will result in the dismissal of this action; and

25      /////

26      /////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED: September 8, 2011.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7

8   DAD:mp
    ligg2336.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2