IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURYCE ANTHONY LIGGINS,

    Petitioner,                    No. CIV S-11-2336 DAD P

    vs.

MIKE D. McDONALD,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1 |      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 | pauperis form used by this district.
3 | DATED: September 8, 2011.

                                               _____
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:mp
ligg2336.101a