IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURYCE ANTHONY LIGGINS,

          Petitioner,                    No. CIV S-11-2336 DAD P

     vs.

MIKE D. McDONALD,

          Respondent.          <u>ORDER</u>

_____/

          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In accordance with the court's September 9, 2011 order, petitioner has filed an application to proceed in forma pauperis.

          Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  <u>See</u> 28 U.S.C. § 1915(a).

          Under Rule 2 of the Rules Governing Section 2254 Cases, a petition for writ of habeas corpus must "be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner . . . ."  Petitioner has not signed his petition.  In the interest of justice, the court will direct the Clerk of the Court to send petitioner a copy of his petition to sign and return within thirty days of the date of service of this order.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The Clerk of the Court is directed to send petitioner a copy of his original

3 petition for writ of habeas corpus (Doc. No. 1);

4          2.  Within thirty days from the date of service of this order, petitioner shall

5 complete the attached Notice of Submission of Documents and submit it to the court, together

6 with his signed petition.  Petitioner is advised that failure to comply with this order or seek an

7 extension of time to do so will result in a recommendation that this action be dismissed without

8 prejudice.

9 DATED: October 18, 2011.

10

11                      _Dale A. Drozd_

12 DAD:9                   DALE A. DROZD

    ligg2336.sign            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MAURYCE ANTHONY LIGGINS,

11              Petitioner,                          No. CIV S-11-2336 DAD P

12          vs.

13    MIKE D. McDONALD,

14              Respondent.                          NOTICE OF SUBMISSION

15    _____/    OF DOCUMENTS

16          Petitioner hereby submits the following document in compliance with the court's order filed _____:

17              _____    a signed petition for writ of habeas corpus

18    DATED: _____.

19                                                   _____
                                                     Petitioner
20

21

22

23

24

25

26